IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HERIBERTO FRANCO AND MARIA | § | |
| MELFI FRANCO | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-cv-218 |
| | § | |
| ALLIED PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY AND | § | |
| KATHY HARVEY | § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

Defendants Allied Property and Casualty Insurance Company and Kathy Harvey provide notice to the Court that Plaintiffs and Defendants have agreed to a settlement of all claims in this lawsuit.  Accordingly, Defendants respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare an appropriate motion to obtain a final dismissal of this case.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone:  (512) 476-7834
Facsimile:   (512) 476-7832

**ATTORNEY FOR DEFENDANT
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY & KATHY HARVEY**

## <u>CERTIFICATE OF SERVICE</u>

   This is to certify that a true and correct copy of the foregoing instrument has been served upon the following counsel of record via CM/ECF on this the 25th day of April, 2016:

  Thomas M. Furlow
  Furlow Law Firm, PLLC
  1032 Central Parkway South
  San Antonio, Texas 78232
  tfurlow@furlowlawfirm.com

        */s/ Patrick M. Kemp*
        Patrick M. Kemp