IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HERIBERTO FRANCO and MARIA MELFI FRANCO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:16-CV-218 RP |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and KATHY HARVEY, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Heriberto Franco's and Plaintiff Maria Melfi Franco's Agreed Stipulation of Dismissal with Prejudice filed May 18, 2016 (Dkt. 14). By way of the stipulation, Plaintiffs agree to voluntarily dismiss all claims and causes of action asserted against Defendant Allied Property and Casualty Insurance and Defendant Kathy Harvey with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The Stipulation of Dismissal with Prejudice is hereby **ADOPTED.** Accordingly, **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE.** The Clerk's Office is directed to close the case.

**SIGNED** on May 20, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE